■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JAMES V. TANGREDI and RONALD J. DAUGHTON, Defendants.— Motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES E. BRANCH, Appellant.— Motion granted to extent appeal may be prosecuted upon certified copy of judgment roll, certified transcript, five typewritten briefs, Thomas J. Lowery, Jr., Esq., of Syracuse assigned as counsel and time for argument of appeal enlarged to include January 1961 Term, and otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE STANLEY BAUM, Appellant.— Motion denied upon the ground that it does not appear that there was timely service or filing of the notice of appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD B. NICKERSON, Appellant.— Motion for reargument granted and on reargument motion granted to extent that appeal may be prosecuted on original papers, five typewritten briefs, William Andrews, Esq., of Syracuse assigned as counsel, time for argument of appeal enlarged to include January 1961 Term, and otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLOS STEVENSON, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to prosecute appeal as a poor person, and for other relief, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH NELSON and JAMES BRIDGES, Appellants.— Motion granted and appeal of James Bridges dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH BASIL TILKINS, Appellant.— Motion to prosecute as a poor person and for other relief denied on the ground that *coram nobis* does not lie.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES WRIGHT, Appellant, v. WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Upon the request of the defendant and with the consent of the Attorney-General, appeal dismissed and John Swerdloff, Esq., relieved of assignment to represent relator.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH ROBERTS, Appellant.— Motion granted and time for argument of appeal enlarged to include February 1961 Term on condition appellant's brief is filed and served on or before January 20, 1961. Respondent directed to file and serve brief on or before February 1, 1961.